Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-MJ-063-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTIUE REVIEW HEARING; AND ORDER THEREON |
| NICHOLAS JAVIER GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Nicholas Javier GOMEZ, by and through his attorney of record, Michael Mitchell, that the reievw hearing in the above-captioned matter set for June 9, 2015 be rescheduled to Tuesday, May 2, 2017, at 10:00 a.m.

GOMEZ was arrested July 30, 2013, in Yosemite National Park and charged with four counts in a criminal complaint: Count 1: operating a motor vehicle while under the influence of alcohol; Count 2: operating a motor vehicle with a BAC greater than 0.08%; Count 3: possessing an open container of alcohol in a motor vehicle; and Count 4:

1

1   driving recklessly on a highway. GOMEZ plead guilty May 6, 2014, to Count 4, and all

2   other counts were dismissed. GOMEZ was sentenced to the following: pay a $2,000 fine

3   at a rate of $100 a month, attend AA once weekly for 12 months, complete the DMV

4   course, 12 months of unsupervised probation, obey all laws, and to report new law

5   violations. A Review Hearing was set for June 9, 2015, at 10:00 a.m.

6           To date GOMEZ has fully paid his fine ahead of schedule, attended AA once

7   weekly, completed the DMV course, and maintained a clean criminal history.

8

9

10          Dated:  May 13, 2015                    /S/ Matthew McNease
                                                    Matthew McNease
11                                                  Acting Legal Officer
                                                    Yosemite National Park
12

13          Dated:  May 13, 2015                    /S/ Michael Mitchell
                                                    Michael Mitchell
14                                                  Attorney for Nicholas Javier Gomez

15

16                                    **ORDER**

17

18

19          For good cause shown, the Court accepts and adopts the above Stipulation and

20   ORDERS that the review hearing for *U.S.A. v. Nicholas Javier Gomez*, case number

21   6:13-mj-063-MJS, is hereby  continued to May 2, 2017, at 10:00 a.m.

22

23

24   IT IS SO ORDERED.

25      Dated:   May 13, 2015              /s/ *Michael J. Seng*

26                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28