Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NICHOLAS JAVIER GOMEZ<br><br>        Defendant. | No.  6:13-MJ-0063-MJS<br><br>**MOTION TO VACATE; AND ORDER THEREON** |

      The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 2, 2017.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 6, 2014.

      .

      Dated:  April 26, 2017                     NATIONAL PARK SERVICE

                                               /S/ Susan St. Vincent_____
                                              Susan St. Vincent
                                              Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 2, 2017, in the above referenced matter, *United States v. Gomez* 6:13-mj-0063-MJS, be vacated.

IT IS SO ORDERED.

Dated: April 26, 2017         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE